**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 5:19-cr-9 (MTT)** |
| | : | |
| **TIFFANY SAULS,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER ON COMPETENCY TO STAND TRIAL

Defendant Tiffany Sauls appeared on November 24, 2026, with counsel, for a hearing to determine her mental competence to stand trial, pursuant to 18 U.S.C. § 4247(d). By order of the Court dated September 24, 2026, (Doc. 155), Defendant was committed to the custody of the Attorney General and was subsequently referred to the Metropolitan Detention Center in Los Angeles, California, for purposes of psychological evaluation. Following that evaluation, a written Forensic Evaluation was prepared and submitted to the Court for review. (Doc. 159). The Evaluation concludes that Defendant is not currently suffering from a mental disease or defect rendering her unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

At the hearing, Defendant was afforded an opportunity to raise any objections to the evaluation and to testify or present any additional evidence in relation to her mental competency. Neither Defendant nor the Government expressed any objections to the written evaluation. Based on that evaluation, the Court finds by a preponderance of the evidence that Defendant is not currently suffering from a mental disease or defect that would render her mentally incompetent to the extent that she would be unable to understand the nature of the proceedings against her or to assist properly in her defense. In the absence of any evidence of such mental disease or defect,

Defendant is competent to proceed with her defense and to participate in a trial or any other proceedings necessary for the resolution of this case.

**SO ORDERED**, this the 24th day of November, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge